# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.,** *et al.*, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | NO: 2:20-cv-966 |
| **KATHY BOOCKVAR,** *et al.*, | : : | JUDGE RANJAN |
| Defendants. | : : | |

## ACCEPTANCE OF SERVICE

I, Karen M. Romano, Chief Deputy Attorney General, Pennsylvania Office of Attorney General, hereby accept service of the Summons and Complaint on behalf of the Office of Attorney General certify that I am authorized to do so.

*/s Karen M. Romano*
Karen M. Romano
Chief Deputy Attorney General
Civil Litigation Section

Date: July 9, 2020